726

Commonwealth *v.* Johnson, Appellant.

Argued March 19, 1973. *John J. Duffy,* for appellant; *F. Ned Hand,* Assistant District Attorney, with him *William H. Lamb,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Johnson, Appellant.

Submitted March 19, 1973. *Frank K. Williams,* for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Johnson, Appellant.

Argued March 28, 1973. *Brian E. Appel,* with him *Segal, Appel & Natali,* for appellant; *Melvin Dildine,* Assistant District Attorney, with him *James T.*